# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

150832 & (53)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re McCONNELL/TRUE, Minors.

SC: 150832
COA: 321878
St. Clair CC Family Division:
14-000039-NA

_____/

By order of March 25, 2015, we directed the Department of Human Services and invited the children's lawyer-guardian ad litem to answer the application for leave to appeal the December 18, 2014 judgment of the Court of Appeals. On order of the Court, the answers having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2015



Clerk

p0603